ANNA S. CARPENTER, Appellant, *v.* HILAND CARPENTER,
Respondent.

(Argued April 24, 1893; decided May 5, 1893.)

APPEAL from order of the General Term of the Supreme
Court in the third judicial department, made March 2, 1893,
which affirmed an order of Special Term directing a trial by
jury in this case.

*Henry A. King* for appellant.

*R. A. Parmenter* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

WILLIAM B. MANN, Respondent, *v.* THE CITY OF BROOKLYN,
Appellant.

(Argued April 26, 1893; decided June 6, 1893.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an
order made February 15, 1892, which affirmed a judgment in
favor of plaintiff, entered upon a verdict, and affirmed an
order denying a motion for a new trial.

*Almet F. Jenks* and *Horace Graves* for appellant.

*James W. Ridgway* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.